IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CARLA DUKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-01169-JDB-egb |
| ) | No. 1:17-cv-01226-JDB-egb |
| OWENS CORNING COMPOSITE ) | |
| MATERIALS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

_____

ORDER GRANTING JOINT MOTION TO CONSOLIDATE ACTIONS
_____

Before the Court is the parties' Joint Stipulation and Motion to Consolidate this action, (Case Number ("No.") 17-cv-01169), with the action in No. 17-cv-01226.  For good cause shown and in the interest of judicial economy, the parties' Motion is GRANTED.  The actions shall proceed as a single action under the present case number, 17-cv-01169.  Furthermore, the Clerk is DIRECTED to correct the Defendant's name to "Owens Corning Composite Materials, LLC."  (No. 17-cv-01169, Docket Entry 17 at PageID 44 n.44.)

IT IS SO ORDERED this 10th day of January 2018.

                                                                                     s/ J. DANIEL BREEN
                                                                                     J. DANIEL BREEN
                                                                                     UNITED STATES DISTRICT JUDGE