IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

CARLA DUKE,

        Plaintiff,

v.                                    No. 1:17-cv-01169
                                    JURY DEMAND

OWENS CORNING SALES, INC. a/k/a
OWENS CORNING,

        Defendant.

_____/

## **NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DISCLOSURES**

      Plaintiff, CARLA DUKE, by and through her counsel of record, gives notice of

service of Plaintiff's Expert Disclosures upon Defendant OWENS CORNING.

                               Respectfully submitted,

                               **WRIGHT LAW, PLC**

                               By: *s/Matthew E. Wright*
                               Matthew E. Wright, No. 22596
                               Craig P. Glenn, No. 31439
                               840 Crescent Centre Drive
                               Suite 310
                               Franklin, TN 37067
                               (615) 812-1351
                               mwright@wrightlawplc.com

                               *Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I, Matthew E. Wright, hereby certify that a true and correct copy of the foregoing has been furnished via the Court's ECF Filing System, to the following:

Thomas L. Henderson
Lisa S. Lewis
Ogletree, Deakins, Nash, Smoak
  & Stewart, PC
6410 Poplar Avenue
Suite 300
Memphis, TN 38119

on May 3, 2018.

<u>*s/Matthew E. Wright*</u>
Matthew E. Wright
